**EPSTEIN**
**BECKER**
**GREEN**

Attorneys at Law

Lori A. Medley
t 212.351.4926
f 212.878.8600
LMedley@ebglaw.com

May 7, 2021

VIA ECF

Honorable Loretta A. Preska, U.S.D.J.
United States Courthouse
500 Pearl Street, Room 2220
New York, New York 10007

Re:   *Amy Miller v. Levi & Korsinsky, LLP et al.*
      Civil Action No. 1:20-cv-01390-LAP-BCM

Dear Judge Preska:

We represent defendants Levi & Korsinsky, LLP, Eduard Korsinsky and Joseph Levi (collectively, "Defendants") in the above-referenced matter. We submit this joint letter with counsel for Plaintiff to notify the Court that the version of the May 6, 2021 "so ordered" Confidentiality Stipulation and Order that was uploaded onto ECF as Docket No. 35 (the "Confidentiality Order") contains an error. The Confidentiality Order is missing page 3 and Exhibit A. These missing pages are contained in the version of the Confidentiality Stipulation and Order that was submitted by the parties on May 5, 2021. *See* Docket No. 34. The parties respectfully request that the Confidentiality Order currently filed as Docket No. 35 be replaced with a complete copy of the "so ordered" Confidentiality Stipulation and Order that includes page 3 and Exhibit A.

Thank you for Your Honor's kind attention to this matter.

Respectfully,

Lori A. Medley
*Counsel for Defendants*

Samuel O. Maduegbuna, Esq.
*Counsel for Plaintiff*

LAM:lam
cc:   Allen B. Roberts, Esq.
      William W. Cowles, Esq. (via ECF)