# MADUEGBUNA COOPER LLP

ATTORNEYS AT LAW
30 WALL STREET
8TH FLOOR
NEW YORK, NEW YORK 10005
(212) 232-0155
FAX: (212) 232-0156
www.mcande.com

August 24, 2021

**VIA ELECTRONIC CASE FILING**
The Honorable Loretta A. Preska
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

          Re:   *Amy Miller v. Levi & Korsinsky, LLP, et al.*
                **Docket No.: 20-cv-01390(LAP)(BCM)**

Dear Judge Preska:

      We represent the plaintiff, Amy Miller, in the above-referenced matter and write jointly with counsel for Defendants to request an initial conference.

      On May 14, 2021, the parties attended Court-ordered mediation with Shira Forman, Esq., which was ultimately unsuccessful. One week later, on May 21, Ms. Forman submitted a final report confirming that the mediation was unsuccessful in resolving any issues in the case and the Mediation Unit should close its files.

      In light of the above, the parties request that the Court schedule an initial conference or a date for submission of a Case Management Plan. Furthermore, the parties request that such conference or submission be scheduled at the Court's convenience on a date that is both after September 6, 2021 and respectful of the upcoming religious holidays scheduled throughout September.

      We thank the Court for its consideration of this request.

                                      Respectfully Submitted,

                                      Samuel O. Maduegbuna

cc:   Allen B. Roberts, Esq.
       Lori A. Medley, Esq.
       Epstein Becker & Green P.C.
       Attorneys for Defendants

```
Counsel shall appear for a conference on
September 20, 2021 at 9:00 a.m.  SO ORDERED.
```

*Loretta A. Preska*  8/25/2021