

EPSTEIN
BECKER
GREEN

Attorneys at Law

Lori A. Medley
t  212.351.4926
f  212.878.8600
LMedley@ebglaw.com

September 13, 2021

VIA ECF

Honorable Loretta A. Preska, U.S.D.J.
United States Courthouse
500 Pearl Street, Room 2220
New York, New York 10007

      Re:  *Amy Miller v. Levi & Korsinsky, LLP, Eduard Korsinsky and Joseph Levi*
           Civil Action No. 1:20-cv-01390-LAP-BCM

Dear Judge Preska:

We represent defendants Levi & Korsinsky, LLP, Eduard Korsinsky and Joseph Levi (collectively, "Defendants") in the above-referenced matter. The parties are currently scheduled to appear before the Court on September 20, 2021 at 9:00 a.m. for an initial conference. We write jointly with counsel for Plaintiff to respectfully request that, due to concerns regarding the COVID-19 pandemic, the September 20th conference be conducted via telephone in lieu of a personal appearance.

Thank you for Your Honor's kind attention to this matter.

Respectfully,

*/s/ Lori A. Medley*
Lori A. Medley

LAM:lam

cc:   Allen B. Roberts, Esq.
       Samuel O. Maduegbuna, Esq. (via ECF)