

Attorneys at Law

Lori A. Medley
t  212.351.4926
f  212.878.8600
LMedley@ebglaw.com

September 13, 2021

<u>VIA ECF</u>

Honorable Loretta A. Preska, U.S.D.J.
United States Courthouse
500 Pearl Street, Room 2220
New York, New York 10007

      Re:  *Amy Miller v. Levi & Korsinsky, LLP, Eduard Korsinsky and Joseph Levi*
            Civil Action No. 1:20-cv-01390-LAP-BCM

Dear Judge Preska:

      We represent defendants Levi & Korsinsky, LLP, Eduard Korsinsky and Joseph Levi (collectively, "Defendants") in the above-referenced matter. The parties are currently scheduled to appear before the Court on September 20, 2021 at 9:00 a.m. for an initial conference. We write jointly with counsel for Plaintiff to respectfully request that, due to concerns regarding the COVID-19 pandemic, the September 20th conference be conducted via telephone in lieu of a personal appearance.

      Thank you for Your Honor's kind attention to this matter.

                                  Respectfully,

                                  */s/ Lori A. Medley*
                                  Lori A. Medley

LAM:lam

cc:    Allen B. Roberts, Esq.
        Samuel O. Maduegbuna, Esq. (via ECF)

```
The conference scheduled for September 20, 2021
at 9:00 a.m. will occur by telephone using the
following teleconference information:
877-402-9753, access code: 6545179.  SO ORDERED.
```
*Loretta A. Preska* 9/13/2021