**APPENDIX B**

| Custodian | Time Frame | Search Terms |
|---|---|---|
| Amy Miller | January 1, 2016 – present | hire or promote or promoted or promoting or promotion or interview |
| | | bonus or salary or contract or agreement or fees or compensation or commission or raise or "equal pay" |
| | | profit or loss or "P/L" or "P/L numbers" |
| | | $30,000 or "thirty thousand" |
| | | Fox or "Fox News" w/40 (Amy or Miller |
| | | "Patriot National" or Patriot or National |
| | | (woman or mother or mommy or kids or children or babies or home or daycare or caregiver or babysitter or telecommute or distract* or family or husband or wife or father) w/50 (Ed or Eduard or Korsinsky or Joe or Joseph or Levi or boss or employer or or supervisor) |
| | | Ed or Eduard or Korsinsky or Joe or Joseph or Levi |
| | | (Orthodox or Jewish or Jew) w/50 leave or hire or hired or hiring |
| | | (Ed or Joe) w/10 (upset or infuriate or infuriated or infuriating) or (Friday and leave or leaving or left) (Pilates or gym or exercise or class) w/50 (office or lunch or |

|  |  | work or Ed or Joe or Korsinsky or Levi or firm or LK or "L&K") |
|--|--|--|
|  |  | (leave w/20 early) w/50 (Ed or Eduard or Korsinsky or Joe or Joseph or Levi or boss or employer or Jewish or Jew or supervisor) |
|  |  | Vacation or "earned vacation" |
|  |  | Discriminat* or discriminate or sexist or sexism or retaliate or retaliation or retaliating or breach or harass* or fair or unfair |
|  |  | resign* or leave* or quit* or fire or severance or terminat* |
|  |  | recruiter or Litvin or Bruce |
|  |  | Mark or Lebovitch or (Bernstein w/5 Litowitz) or (Bernstein w/5 Litowitz w/5 Berger w/5 Grossman) |
|  |  | client* or transfer* or portab* or fee* |
|  |  | male |
|  |  | emotional or distress or embarrass* or humiliat* or damag* or injur* |
|  |  | McKesson or Amalgamated or Deborah or Silodor |
|  |  | Svetlana or Mayzus |
|  |  | William or (Will w/3 Fields) |
|  |  | Chris or Christopher or Kupka |

| | | |
|---|---|---|
| | | Donald or Don or Enright |
| | | Nicholas or Nick or Porritt |
| | | Gregory or Greg or Nespole |
| | | Shannon or Hopkins |
| | | Joanna or Chlebus |
| | | Yariela or Duran |
| | | Jenn or Tash |
| | | Courtney or Maccarone |
| | | Rosemay or Rivas |
| | | Nancy or Kulesa |
| | | Andrew or Dupre |
| | | Arthur or Homewood |
| | | Anu or Akinwunmi |
| | | Mario or Fefee |
| | January 1, 2018 – present | $15,000 or "fifteen thousand" |
| | December 15, 2018 – present | office or conference or "conference room" |
| | October 1, 2018 – present | "Air Industries" or CBS or MiMedex or Guess or Ubiquiti |

|  | January 1, 2016 – August 31, 2019 | (interview* or application or applying or applied or apply) w/50 (firm or position or job or partner or counsel or "of counsel" or associate)<br><br>Steven or Toll or Julie or Reiser or "Cohen Milstein" |
|---|---|---|