UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMY MILLER,

              Plaintiff,

-against-

LEVI & KORINSKY, LLP, EDUARD KORINSKY, AND JOSEPH LEVI,

              Defendants.

No. 20 CV 1390 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of counsel's letters of May 6 and May 13 regarding summary judgment. Defendants may proceed with the motion. Counsel shall confer and inform the Court by letter of the proposed briefing schedule.

**SO ORDERED.**

Dated:    May 16, 2022
             New York, New York

                                      _____
                                      LORETTA A. PRESKA
                                      Senior United States District Judge