

**EPSTEIN
BECKER
GREEN**

Attorneys at Law

Jessica Giambrone Palmese
t  212.351.4959
f  212.878.8600
JPalmese@ebglaw.com

September 26, 2022

<u>VIA ECF</u>

Honorable Loretta A. Preska, U.S.D.J.
United States Courthouse
500 Pearl Street, Room 2220
New York, New York 10007

      Re:  *Amy Miller v. Levi & Korsinsky, LLP et al.*
           <u>Civil Action No. 1:20-cv-01390-LAP-BCM</u>

Dear Judge Preska:

    It has come to Defendants' attention that they inadvertently filed in public view an item that should be sealed pursuant to the Court's recent Order. Defendants request that <u>Exhibit 40 to the Roberts Declaration (Docket Entry No. 99-40</u>), a collection of Plaintiff's personal emails, be <u>sealed</u> pursuant to the Court's Order to seal. Docket Entry No. 100.

    Thank you for Your Honor's kind attention to this matter.

SO ORDERED.
*/s/ Loretta A. Preska*
9/27/2022

                                                  Respectfully,

                                                  */s/ Jessica G. Palmese*

                                                  Jessica G. Palmese

    cc:    Allen B. Roberts, Esq.
            Samuel Okwudili Maduegbuna, Esq., and William W. Cowles, Esq. (via ECF)