UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X   **NOTICE OF MOTION**

AMY MILLER,

                                                                                                                                             No.: 20-cv-01390 (LAP)

                                              Plaintiff,

      -against-

LEVI & KORSINSKY, LLP, EDUARD
KORSINSKY and JOSEPH LEVI,

                                        Defendants.
--------------------------------------------------------X

**PLEASE TAKE NOTICE** that, upon the Declaration of Samuel O. Maduegbuna, dated November 14, 2022, (Dkt. # 115), and the exhibits annexed thereto, Plaintiff's Memorandum of Law in Support of her Motion for Partial Summary Judgment and in Opposition to Defendants' Motion for Summary Judgment, dated November 14, 2022, (Dkt. # 117), and upon all other pleadings and proceedings prior, Plaintiff Amy Miller will move this Court, before the Honorable Loretta A. Preska, United States District Judge, Southern District of New York, at the courthouse at 100 Pearl Street, New York, New York 10007, on a date and time to be set by the Court, for an order and judgment, pursuant to Rule 56 of the Federal Rules of Civil Procedure, granting Plaintiff's motion for partial summary judgment on the grounds that there is no genuine issue of material fact to try on Plaintiff's retaliation claims regarding

1

Defendants' dismissed counter-claims, entering partial judgment for Plaintiff, and granting Plaintiff costs, fees, and disbursements, together with such other and further relief as the Court deems just and proper.

Dated: New York, New York
       November 14, 2022

Respectfully Submitted,

*/s/ Samuel O. Maduegbuna*
Samuel O. Maduegbuna, Esq.
William W. Cowles, Esq.
MADUEGBUNA COOPER LLP
Attorneys for Plaintiff
AMY MILLER
30 Wall Street, 8th Floor
New York, NY 10005
(212) 232-0155

To:  EPSTEIN BECKER & GREEN, P.C.
     Allen B. Roberts
     Jessica Giambrone Palmese
     875 Third Avenue
     New York, New York 10022
     Tel: (212) 351-4500
     *Attorneys for Defendants Levi &*
     *Korsinsky, LLP, Eduard Korsinsky and*
     *Joseph Levi*