```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| AMY MILLER,<br><br>                Plaintiff,<br><br>-against-<br><br>LEVI & KORSINKY, LLP, et. al,<br><br>                Defendant. | No. 20-CV-1390 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court has received the parties' letters dated October 11, 2023. (Dkt. nos. 126, 127.) Plaintiff shall respond by letter no later than Monday, October 16 to item two on page four of Defendants' letter.

**SO ORDERED.**

Dated:    October 12, 2023
            New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge