**MADUEGBUNA COOPER LLP**
ATTORNEYS AT LAW
30 WALL STREET
8TH FLOOR
NEW YORK, NEW YORK 10005
(212) 232-0155
FAX: (212) 232-0156
www.mcande.com

October 16, 2023

**VIA ELECTRONIC CASE FILING**
The Honorable Loretta A. Preska
United States District Judge
500 Pearl Street
New York, NY 10007-1312

     Re: ***Amy Miller v. Levi & Korsinsky, LLP, et al.***
       **Docket No.: 20-cv-01390(LAP)(BCM)**

Dear Judge Preska:

  We represent the plaintiff, Amy Miller, in the above-referenced matter and write to request that an electronically filed document that is currently on the public docket, Document No. 130, be formally sealed. Defendants join in this request.

  This docket entry, which was filed pursuant to the Court's direction that Plaintiff respond to "item two on page four of Defendants' letter" filed on October 11, 2023, requesting "an evidentiary hearing to address Plaintiff's claimed damages" (Dkt. # 127), contains the salary of one of the defendants' employees. The letter was inadvertently filed with reference to the dollar amount of the salary of a non-party, as opposed to a general description of the defendants' compensation plan.

  Once Document No. 130 is formally sealed, the letter will be re-filed with the salary redacted.

  We thank the Court for its attention to this matter.

                 Respectfully Submitted,

*Loretta A. Preska*
UNITED STATES DISTRICT JUDGE
10/17/23

                 Samuel O. Maduegbuna