UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMY MILLER,<br><br>                              Plaintiff,<br><br>- against -<br><br>LEVI & KORSINSKY, LLP, ET AL.,<br><br>                              Defendants. | 1:20-cv-01390 (LAP)<br><br>NOTICE OF WITHDRAWAL AS COUNSEL |

**PLEASE TAKE NOTICE** that, pursuant to Rule 1.4 of the Local Rules for the United States District Courts for the Southern and Eastern Districts of New York, I, William W. Cowles, an attorney from Maduegbuna Cooper LLP, attorneys for Plaintiff Amy Miller in the above-entitled action, hereby withdraw as an attorney of record. I am no longer working for Maduegbuna Cooper LLP and determined that I will not be representing Plaintiff.

Maduegbuna Cooper LLP will continue to serve as counsel of record to Plaintiff, and this matter will be handled by other attorneys of record who have entered their appearance(s).

Accordingly, I respectfully request that the Court grant my withdrawal and that my appearance be removed from the docket.

Dated: Brooklyn, New York
          October 24, 2023

                                        Respectfully Submitted,

                                         */s/ William W. Cowles*
                                        William W. Cowles, II
                                        Nidel & Nace, PLLC
                                        One Church Street, Suite 802
                                        Rockville, MD 20850
                                        Tel.: (202) 780-5153
                                        will@nidellaw.com

IT IS SO ORDERED.

Dated: _____ \_\_\_\_, 2023
      New York, NY

                                   HON. LORETTA A. PRESKA
                                   UNITED STATES DISTRICT JUDGE