UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMY MILLER,

                        Plaintiff,

- against -

LEVI & KORSINSKY, LLP, EDUARD KORSINSKY
AND JOSEPH LEVI

                      Defendants.

20-CV-01390 (LAP)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the undersigned parties stipulate to the dismissal of this matter with prejudice, and stipulate that each party shall bear its own respective attorneys' fees and costs. The undersigned parties also stipulate that this stipulation may be signed in counterparts, and scanned, facsimile, or photocopy signatures shall be deemed originals.

Dated: 2/2/2024

MADUEGBUNA COOPER LLP

_____
Samuel O. Maduegbuna, Esq.
30 Wall Street, 8th Floor
New York, New York 10005
(212) 232-0155
*Attorneys for Plaintiff*

EPSTEIN BECKER & GREEN, P.C.

_____
Allen B. Roberts
Jessica G. Palmese
aroberts@ebglaw.com
jpalmese@ebglaw.com
875 Third Avenue
New York, New York 10022
*Attorneys for Defendants*

*[Handwritten]: The Clerk of the Court shall mark this action closed and all pending motions denied as moot.*

SO ORDERED

_____
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
3/14/24

FIRM:63252782